IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PROGRESSIVE GULF INSURANCE COMPANY                  PLAINTIFFS
AND PROGRESSIVE CASUALTY INSURANCE
COMPANY

VS.                                    CIVIL ACTION NO. 3:06cv457 TSL-JCS

ED SANFORD INSURANCE AND JOHN
DOES 1-5                                                   DEFENDANTS

AGREED ORDER
OF DISMISSAL WITH PREJUDICE

CAME BEFORE THE COURT, the joint *ore tenus* motion of all the Parties to this Action, for entry of this Agreed Order of Dismissal with Prejudice. The Parties have represented to the Court that they have compromised and settled all of Plaintiffs' claims in this suit to their respective satisfaction. Accordingly, this Court FINDS that the motion for entry of dismissal with prejudice is well-taken.

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:

(1) All of Plaintiffs' claims which were asserted, or which could have been asserted, in this Action are dismissed with prejudice;

(2) Each Party shall bear his, her or its own costs, expenses and attorneys' fees.

(3) This Court maintains jurisdiction over this Action for enforcement of the Settlement Agreement between the Parties, which is incorporated herein by reference.

SO ORDERED, this the 7th day of October, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED:


/s/ Benjamin M. Watson
BENJAMIN M. WATSON
COUNSEL FOR DEFENDANT


/s/ C. Maison Heidelberg
C. MAISON HEIDELBERG
COUNSEL FOR PLAINTIFFS


Jackson 3336034v.1